June 05, 2009

Mr. James Caleb Scott
Gardere Wynne Sewell LLP
1601 Elm Street
3000 Thanksgiving Tower
Dallas, TX 75201-4761

Mr. Jason Bujnosek
Assistant Terry County Atty
500 West Main Street Rm 208E
Brownfield, TX 79316
Mr. Walter E. Harrell
TDCJ ID #1179761
938 So. FM 1673
Snyder, TX 79549

RE: Case Number: 07-0806
 Court of Appeals Number: 07-06-00469-CR&07-06-00470-CR
 Trial Court Number: 4252 & 4983

Style: WALTER E. HARRELL
 v.
 THE STATE OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms Paige Lindsey |
| |Ms. Peggy Culp |
| |Ms. Marcy Hogan |
| |Greer |
| |Ms. Sharon Felfe |
| |Howell |
| |Mr. Allan Kennedy |
| |Cook |